J S - 6

1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ZUFFA, LLC,                                    Case No.: 5:23-cv-02600-MRA (DTBx)

12                        Plaintiff/s,

13          v.                                    **ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND FILING OF DISMISSAL, REMOVING CASE FROM ACTIVE CASELOAD**

14

15 AARON BARNES ET AL,

16                        Defendant/s.

17

18

19

20       Having been advised by counsel that the above-entitled case has been settled

21 (Dkt. 32, Notice of Settlement), the Court hereby orders all proceedings in the case

22

23 stayed and taken off calendar, thereby removing this case from the Court's active

24 caseload.  The parties shall file a Stipulation of Dismissal within 90 days (the

25

26 "Dismissal Date") of this order.  If no dismissal is filed, the Court deems the matter

27 dismissed at that time.

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court retains jurisdiction for 90 days to vacate this order and reopen the

case upon a written showing of good cause that the settlement has not been completed.

Any outstanding Orders to Show Cause are discharged.

**IT IS SO ORDERED.**

Dated: April 30, 2024

_____
HON. MONICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2